|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **JS-6** |

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-00725-JLS-KES                                    Date:  May 18, 2021
Title:  Chris Langer v. Gregory Thomas Oberst et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DISMISS ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

      The Court previously declined to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim.  (Doc. 12.)  Thereafter, only Plaintiff's claim for injunctive relief pursuant to the Americans with Disabilities Act ("ADA") remained at issue in the case.  (*See* Compl., Doc. 1); *Wander v. Kaus*, 304 F.3d 856, 858 (9th Cir. 2002); 42 U.S.C. §12188(a)(1).  Plaintiff informs the Court that the parking lot facility at issue in this case has been removed from public use.  (Doc. 41.)  As Plaintiff correctly notes, he lacks Article III standing to assert a claim for injunctive relief under the ADA.  (*Id.* at 2 (citing *Fortyune v. Am. Multi-Cinema, Inc.*, 364 F.3d 1075, 1081 (9th Cir. 2004) (to establish Article III standing to pursue injunctive relief, a plaintiff must establish a "real and immediate threat of repeated injury").)  The Court lacks subject matter jurisdiction and therefore DISMISSES this action pursuant to Federal Rule of Civil Procedure 12(h)(3).

                                            Initials of Deputy Clerk: mku